CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

AUG 27 2012

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **JAMES A. LESTER** ) | |
| Plaintiff, ) | Civil Action No. 1:10cv00012 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | By: JAMES P. JONES |
| Defendant. ) | UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report filed August 7, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. Attorneys' fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $5,000.00; and

3. Plaintiff's counsel shall refund to Lester the $1,481.25 previously awarded pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d).

ENTER: _August 27_ 2012.

/s/ James P. Jones
United States District Judge