CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

AUG 2 7 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

JAMES A. LESTER          )
      Plaintiff,             )        Civil Action No. 1:10cv00012
                                   )
                                   )
v.                                )                **ORDER**
                                   )
                                   )
                                   )
MICHAEL J. ASTRUE,        )
 Commissioner of Social Security,  )       By: JAMES P. JONES
      Defendant.              )       UNITED STATES DISTRICT JUDGE

It appearing that no objections have been timely filed to the Report filed August 7, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. Attorneys' fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $5,000.00; and

3. Plaintiff's counsel shall refund to Lester the $1,481.25 previously awarded pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d).

ENTER: _August 27_ 2012.

United States District Judge